AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Eric Garman<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 5:19MJ-62<br>)<br>)<br>) |

FILED
WILKES BARRE
AUG 09 2019
PER ___ MS
DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __diverse dates in June & July 2019__ in the county of __Lackawanna__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt/Distribution of Child Pornography. |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography. |
| 18 U.S.C. § 2251(a) and (e) | Attempted Production of Child Pornography. |

This criminal complaint is based on these facts:
Please see attached affidavit of probable cause.

☑ Continued on the attached sheet.

_____
Complainant's signature

Eric Bailey - Special Agent (FBI)
Printed name and title

Sworn to before me and signed in my presence.

Date: __08/09/2019__

_____
Judge's signature

City and state: __Wilkes-Barre, Pennsylvania__     Joseph F. Saporito, Jr., U.S. Magistrate Judge
Printed name and title